UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAYMOND BICKNELL and MAUREEN BICKNELL,

    Plaintiffs,

v.                                        Case No: 2:17-cv-374-FtM-99CM

UHAUL CO OF FLORIDA,

    Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court on Plaintiffs Raymond Bicknell and Maureen Bicknell and Defendant U-Haul Co. of Florida's Joint Stipulation to Stay and Transfer Case to Arbitration. (Doc. 15). The parties stipulate to stay this litigation and submit this case to arbitration per U-Haul's Employment Dispute Resolution Policy and Plaintiffs signed U-Haul Employee Agreements to Arbitrate. The Court thus will compel arbitration and stay this case.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(1) Plaintiffs Raymond Bicknell and Maureen Bicknell and Defendant U-Haul Co. of Florida's Joint Stipulation to Stay and Transfer Case to Arbitration (Doc. 15) is **GRANTED**.

**(2)** All proceedings in this case are **STAYED** until the parties notify the Court that binding arbitration has been completed and that the stay is due to be lifted or the case is due to be dismissed. The parties shall notify the Court of such matters within **seven (7) days** of the arbitration proceedings concluding.

**(3)** The parties are **DIRECTED** to file a joint report on the status of arbitration on or before **November 13, 2017**, and every ninety (90) days thereafter until the conclusion of arbitration.

(4) The Clerk of Court is **DIRECTED** to add a stay flag.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of August 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record